MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**SCOTT ZHENG**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-mj-00098-SAB-1 |
| Plaintiff, | STIPULATION TO ALLOW VIDEO APPEARANCE (F.R. Crim. P. 43(b)(2)) ;ORDER THEREON |
| vs. | |
| SCOTT ZHENG, | Division: Eastern District, Fresno<br>Magistrate: Hon. Stanley A. Boone |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney, Jeffrey Spivak, and Defendant, SCOTT ZHENG ("Mr. ZHENG"), by and through his attorney of record, Michael Mitchell, that Mr. ZHENG be allowed to appear via video for status conferences and motions pursuant to F.R. Crim. P. 43(b)(2). This request is made since Mr. ZHENG lives in Brea, California, which is in Orange County and is approximately 257 miles from the U.S. District Court located in Fresno. Mr. ZHENG also has worked as a CNC programmer for 27 years; however, he is, currently on disability from his employer, Magna Tool, Inc. His income is 60% of his prior income and traveling to Fresno for court presents a financial hardship.

///

///

Stipulation for Video Appearance and Waiver of Presence - 1
Order Thereon

Mr. ZHENG will be personally present for taking of plea, sentencing, or at trial unless there is a further order of the court.

DATED: July 1, 2022 /s/ Michael E. Mitchell
Michael E. Mitchell Attorney for Defendant
SCOTT ZHENG

DATED: July 1, 2022 /s/ Jeffrey Spivak
Assistant United States Attorney

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to allow SCOTT ZHENG ("Mr. ZHENG") to appear by video for status conferences and motions, set for 7/14/2022 at 10:00 AM, be granted. Mr. ZHENG will be personally present for taking of plea, sentencing, or at trial unless there is a further order of the court.

IT IS SO ORDERED.

Dated: **July 5, 2022**

UNITED STATES MAGISTRATE JUDGE