MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**SCOTT ZHENG**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:22-mj-00098-SAB-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE AND ORDER THEREON |
| vs. | ) |
|  | ) Division: Eastern District, Fresno ) Magistrate: Hon. Stanley A. Boone |
| SCOTT ZHENG, | ) Date: July 14, 2022 ) Time: 10:00 a.m. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney, Jeffrey Spivak, and Defendant, SCOTT ZHENG ("Mr. ZHENG"), by and through his attorney of record, Michael Mitchell, that the status conference, currently, set for July 14, 2022, at 10:00 a.m. be continued till September 15, 2022, at 10 a.m.  This request is made for the following reasons: Defense counsel is still in the process of reviewing discovery in the case and the government needs additional time to review the case to make a settlement offer.

DATED: <u>July 12, 2022</u>            /s/ Michael E. Mitchell_____
                                        Michael E. Mitchell Attorney for Defendant
                                        SCOTT ZHENG

DATED: <u>July 12, 2022</u>            /s/ Jeffrey Spivak_____
                                        Assistant United States Attorney

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered that the status conference set for July 14, 2022, at 10:00 a.m. be continued to September 15, 2022, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __July 13, 2022__

UNITED STATES MAGISTRATE JUDGE