MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**SCOTT ZHENG**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SCOTT ZHENG,<br><br>  Defendant. | Case No. 1:22-mj-00098-SAB-1<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Stanley A. Boone<br>Date: September 15, 2022<br>Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney, Jeffrey Spivak, and Defendant, SCOTT ZHENG ("Mr. ZHENG"), by and through his attorney of record, Michael Mitchell, that the status conference, currently, set for September 15, 2022, at 10:00 a.m. be continued till November 17, 2022, at 10 a.m.  This request is made for the following reasons: Defense counsel has had difficulty accessing the body worn video camera evidence through the government online portal. Defense counsel must download and review this evidence in order to advise Mr. ZHENG on his possible defenses in the case.

DATED: September 9, 2022            /s/ Michael E. Mitchell_____
                                    Michael E. Mitchell Attorney for Defendant
                                    SCOTT ZHENG

DATED: September 9, 2022            /s/ Jeffrey Spivak_____
                                    Assistant United States Attorney

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered that the status conference set for September 15, 2022, at 10:00 a.m. be continued to November 17, 2022, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **September 12, 2022**

UNITED STATES MAGISTRATE JUDGE