# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:22-mj-00098-SAB-1 |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| Scott Zheng, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR §2.34(a)(3)

**Sentence Date:** November 17, 2022

**Review Hearing Date:** September 28, 2023

**Probation Expires On:** November 17, 2023

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**;

☒ **Monetary Fines & Penalties in Total Amount of:** $ 10.00    which Total Amount is made up of a Fine: $ 0.00  Special Assessment: $ 10.00    Processing Fee: $ 0.00  Restitution: $

☐ Payment schedule of $           per month by the           of each month.

☒ **Community Service hours Imposed of:** 30

☒ **Other Conditions:** complete 30 hours of community service by 6/30/23 and to begin by 2/1/23. Complete a 12-hour anger management course by 6/30/23, and enroll by 2/1/23. Notify of any change of address or financial changes.

## *COMPLIANCE:*

☒ Counsel is informed and believes that Defendant has complied with and completed <u>all</u> conditions of probation described-above.

### **Otherwise:**

☒ Counsel is informed and believes that defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

   If so, describe arrest/charge/citation (location, court, date & offense):

☒ To date, Counsel is informed and believes defendant has paid a total of $   10.00
  ☐ If not paid in full when was last time payment:    Date:
                                                       Amount:

☒ To date, Counsel is informed and believes defendant has performed 30 hours of community service.

☒ Compliance with Other Conditions of Probation:    Counsel is informed and believes Defendant

has fulfilled the other conditions of probation successfully.

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/ Jeffrey A. Spivak, Assistant U.S. Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/28/2023 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated and probation be terminated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 9/15/2023      /s/ Michael E. Mitchell
                                   DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **September 20, 2023**

UNITED STATES MAGISTRATE JUDGE